# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>CARSTEN ROSENOW (1),<br><br>                      Defendant. | Case No. 17cr1937-WQH<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>FEB 0 1 2018<br>CLERK US DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

18 USC 2423(b) – Travel with Intent to Engage in Illicit Sexual Conduct;
18 USC 2428(a) and (b) – Criminal Forfeiture.

Dated: 1/29/2018

Hon. William Q. Hayes
United States District Judge